UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tetradze, | |
| Petitioner(s), | |
| v. | |
| ICE New York City Field Office et al., | |
| Respondent(s). | |

26-CV-3004 (DEH)

ORDER

DALE E. HO, United States District Judge:

For the reasons stated in this Court's Opinion and Order in *Lopez Benitez v. Francis*, 795 F. Supp. 3d 475 (S.D.N.Y. 2025) and *Rueda Torres v. Francis*, No. 25 Civ 8408, 2025 WL 3168759 (S.D.N.Y. Nov. 13, 2025), and in light of Respondents' concession that *Lopez Benitez* and *Rueda Torres* "would control the result in this case if the Court adheres to [them]," see ECF No. 5 at 3, it is hereby **ORDERED** that the Petition is **GRANTED** and that Petitioner be transported back to New York City and released from custody no later than **April 15, 2026**. *See also Castanon-Nava v. U.S. Dep't of Homeland Sec.*, No. 25-3050, 2025 WL 3552514, at *8-*10 (7th Cir. Dec. 11, 2025); *Barco Mercado v. Francis*, --- F. Supp. 3d ---, 2025 WL 3295903 (S.D.N.Y. Nov. 26, 2025). **Respondents shall certify compliance with this Order with a filing on the docket**.

Respondents are further **ENJOINED** from re-detaining Petitioner without a valid exercise of discretion consistent with *Lopez Benitez* and *Rueda Torres*. *Cf. Hyppolite v. Noem*, 25 Civ. 4304, 2025 WL 2829511, at *16 (E.D.N.Y. Oct. 6, 2025). It is further **ORDERED** that Respondents are **ENJOINED** from denying bond to Petitioner in any subsequent proceeding on the basis that she must be detained pursuant to: (1) 8 U.S.C. § 1225(b), or (2) 8 U.S.C. § 1226(c) absent a change in relevant circumstances consistent with *Lopez Benitez* and *Rueda Torres*; and

it is further **ORDERED** that, if Petitioner is granted bond, Respondents are **ENJOINED** from invoking the automatic stay provision at 8 C.F.R. § 1003.19(i)(2).  Order, *Aguilar Lares v. Bondi*, No. 25-CV-01562 (E.D. Va. Oct. 29, 2025), Dkt. No. 19.

The conference previously scheduled for May 1, 2026 is cancelled.  The Clerk of Court is respectfully directed to enter judgment in Petitioner's favor pursuant to F.R.C.P. 58.

SO ORDERED.

Dated: April 13, 2026
        New York, New York

_____
DALE E. HO
United States District Judge