**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TETRADZE,

                           Petitioner,             26 **CIVIL** 3004 (DEH)

       -against-                              **JUDGMENT**

ICE NEW YORK CITY FIELD OFFICE ET AL.,

                           Respondents.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated April 13, 2026, the Petition is GRANTED. Accordingly,

judgment is entered in favor of Petitioner and the case is closed.

**DATED:**  New York, New York
          April 14 2026


                                    **TAMMI M. HELLWIG**
                                  _____
                                     **Clerk of Court**

                  **BY:**       _____
                                   **Deputy Clerk**